IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ALLIED HOME MORTGAGE
CAPITAL CORPORATION**

    Plaintiff,

    v.                      CIVIL NO: 3:07cv81

**LADONNA BANKS and
THOMAS BANKS**

    Defendant(s).

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Nicole M. Liechty, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7-9-2007

                                                United States District Judge

Dockets.Justia.com