IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

| | |
|---|---|
| **ALLIED HOME MORTGAGE CAPITAL CORPORATION,** | |
| Plaintiff, | **CIVIL ACTION NO. 3:07-CV-80** |
| v. | **(BAILEY)** |
| **SCOTT D. REESER and PAMELA R. REESER,** | |
| Defendants. | |
| **and** | |
| **ALLIED HOME MORTGAGE CAPITAL CORPORATION,** | |
| Plaintiff, | **CIVIL ACTION NO. 3:07-CV-81** |
| v. | **(BAILEY)** |
| **LADONNA BANKS and THOMAS BANKS,** | |
| Defendants. | |
| **and** | |
| **ALLIED HOME MORTGAGE CAPITAL CORPORATION,** | |
| Plaintiff, | **CIVIL ACTION NO. 3:07-CV-82** |
| v. | **(BAILEY)** |
| **BRIAN PALMER and KIMBERLY PALMER,** | |
| Defendants. | |

## ORDER OF SCHEDULING CONFERENCE

On December 14, 2007, came Allied Home Mortgage Capital Corporation, by and through counsel Debra Hovatter and John P. Scott, Jr., and came defendants Scott

Reeser, Pamela R. Reeser, Ladonna Banks, Thomas Banks, Brian Palmer and Kimberly Palmer, by and through counsel Daniel F. Hedges, for a telephonic scheduling conference.

Counsel was instructed to provide the Court with a copy of the 16-page arbitration package for each defendant. The Court also requested a copy of the *Jenkins* decision from the Southern District of West Virginia. The Court refrained from setting other dates until the arbitration issue is decided.

There being no further business, the Court adjourned the matter.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** December 19, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE